IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.          4:04-CR-00048-01-JM

CHRISTOPHER ADRIAN JONES

**AMENDED JUDGMENT**

Consistent with the Eighth Circuit's July 5, 2022 opinion,[1] Defendant is sentenced to 240 months on Count 1 and the conviction on Count 4 is vacated. The special penalty assessment is $100.00.[2]

All other conditions from the April 7, 2008 amended judgment remain the same.[3]

IT IS SO ORDERED this 23rd day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 279.

[2] The motion at docket # 283 is moot, the BOP will determine release status.

[3] Doc. No. 214.